1  Kelley J. Henry (TN Bar No. 021113)
2  Federal Public Defenders
   810 Broaway, Suite 200
3  Nashville, TN 37203
4  Telephone: (315)736-5047
   kelley_henry@fd.org
5

6  Denise Young, Esq. (AZ Bar No. 007146)
   2930 North Santa Rosa Place
7  Tucson, AZ 85712
8  Telephone: (520)322-5344
   Dyoung3@mindspring.com
9

10  Counsel for Plaintiff

11
           **IN THE UNITED STATES DISTRICT COURT**
12             **FOR THE DISTRICT OF ARIZONA**

13

14  | Edward Harold Schad, Jr.,<br>            Plaintiff, | Case No.2:13-cv-02001-ROS |
    |---|---|
15  |  |  |
16  |           v. | Notice in Response to Deficiency |
17  | Janice K. Brewer, Governor of Arizona,<br>Charles L. Ryan, Director, Arizona<br>Department of Corrections, Ron<br>Credio, Warden, Arizona Department<br>of Corrections-Eyman, Lance Hetmer,<br>Warden, Arizona Department of<br>Corrections-Florence,<br>            Defendants. | **Execution Scheduled October 9, 2013** |
18
19
20
21
22

23        Pursuant to this Court's Notice of Deficiency (ECF No. 4), indicating that
24  pages 32-35 are illegible, Plaintiff gives notice that this is the best copy of the
25  documents that his counsel possesses.  Counsel for Director Ryan is attempting to
26  provide cleaner copies to undersigned counsel.  When such documents become
27  available, they will be filed.
28

1        Respectfully submitted this 3rd day of October 2013.

2

3                                                Kelley J. Henry
                                                 Denise Young
4

5                                                s/ Kelley J. Henry
                                                 Counsel for Plaintiff
6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

**Certificate of Service**

2          I hereby certify that on October 3, 2013 , I electronically filed the foregoing

3   Notice in Response to Deficiency with the Clerk's Office by using the CM/ECF

4   system.  I certify that all participants in the case are registered CM/ECF users and

5   that service will be accomplished by the CM/ECF system.

6

s/ Chelsea L. Hanson

7   Legal Assistant

8   Capital Habeas Unit

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28