THOMAS C. HORNE
ATTORNEY GENERAL
(FIRM STATE BAR NO. 14000)
JEFFREY A. ZICK, STATE BAR #018712
CHIEF COUNSEL
JON G. ANDERSON, STATE BAR #005852
JOHN PRESSLEY TODD, STATE BAR #003863
MATTHEW H. BINFORD, STATE BAR #029019
ASSISTANT ATTORNEYS GENERAL
CRIMINAL APPEALS/CAPITAL
LITIGATION DIVISION
1275 W. WASHINGTON
PHOENIX, ARIZONA 85007-2997
TELEPHONE: (602) 542-4686
Jon.Anderson@azag.gov
E-MAIL: CADocket@azag.gov

ATTORNEYS FOR RESPONDENTS

# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| Edward Harold Schad, Jr., <br><br> Plaintiff, <br><br> -vs- <br><br> Janice K. Brewer, Governor of Arizona, Charles L. Ryan, Director, Arizona Department of Corrections, Ron Credio, Warden, Arizona Department of Corrections-Eyman, Lance Hetmer, Warden, Arizona Department of Corrections, Florence, <br><br> Defendants. | CV–13-02001-PHX-ROS <br><br> **[CAPITAL CASE]** <br><br> **RESPONSE TO MOTION OF ROBERT GLEN JONES, JR., TO INTERVENE PURSUANT TO FED. R. CIV. P. 24(a) and (b)** |

Defendants do not oppose Jones' Motion to Intervene.

. . . .
. . . .

1
2                              Respectfully Submitted,
3
4                              THOMAS C. HORNE
                               ATTORNEY GENERAL
5
                               /s/
6                              JON G. ANDERSON
                               ASSISTANT ATTORNEY GENERAL
7                              CAPITAL LITIGATION DIVISION
                               ATTORNEYS FOR DEFENDANTS
8
9

10  I hereby certify that on October 4, 2013, I electronically transmitted the attached
    document to the Clerk's Office using the ECF System for filing.  Participants in the
11  case who are registered ECF users will be served by the appellate ECF system.

12  Jon M. Sands
13  Federal Public Defender
    Dale A. Baich
14  Robin C. Konrad
15  Assistant Federal Public Defenders
    850 West Adams, Suite 201
16  Phoenix, Arizona 8007

17
    Attorneys for Petitioner Jones
18

19
                                            /s/
20                                          Barbara Lindsay
                                            Legal Secretary
21                                          Criminal Appeals/Capital Litigation
                                            Division
22                                          1275 West Washington
                                            Phoenix, Arizona  85007–2997
23

24

25  3565015

26

27

28

                                   2