1  THOMAS C. HORNE
   ATTORNEY GENERAL
2  (FIRM STATE BAR NO. 14000)

3  JEFFREY A. ZICK, STATE BAR #018712
   CHIEF COUNSEL

4  JOHN PRESSLEY TODD, STATE BAR #003863
   MATTHEW H. BINFORD, STATE BAR #029019
5  ASSISTANT ATTORNEYS GENERAL

6  CAPITAL LITIGATION SECTION
   1275 W. WASHINGTON
7  PHOENIX, ARIZONA  85007-2997
   TELEPHONE:  (602) 542-4686
8  cadocket@azag.gov

   ATTORNEYS FOR DEFENDANTS

9
                **UNITED STATES DISTRICT COURT**
10
                    **DISTRICT OF ARIZONA**
11

12 | Edward Harold Schad, Jr., and Robert Glen Jones Jr. | CV–13-02001-PHX-ROS |
13 |                                                      |                       |
   |      Plaintiffs,                                     |                       |
14 |                                                      | **[CAPITAL CASE]**   |
   |      -vs.-                                           |                       |
15 | Janice K. Brewer, Governor of Arizona; Charles L. Ryan, Director, Arizona Department of Corrections; Ron Credio, Warden, Arizona Department of Corrections-Eyman; and Lance Hetmer, Warden, Arizona Department of Corrections, Florence, | **NOTICE OF DISCLOSURE** |
16 | | |
17 | | |
18 | | |
19 | | |
20 | | |
21 |      Defendants. | |
22

23      Pursuant to this Court's Order entered on the docket on October 4, 2013

24 (Dkt. 23), Defendants submit—over objection—the following information:

25

26      a.      The manufacturer of the Pentobarbital is "Lundbeck, Inc."

27      b.      The National Drug Code for the Pentobarbital is "67386-501-55."

28

c.       The lot number for the Pentobarbital is "941853F."

d.       The expiration date of the Pentobarbital is "NOV 2013."

In a separate pleading, Defendants will be filing a notice of appeal of the Court's order.

RESPECTFULLY SUBMITTED this 5th day of October, 2013.

THOMAS C. HORNE
ATTORNEY GENERAL

/S/_____
JEFFREY A. ZICK
CHIEF COUNSEL
JOHN PRESSLEY TODD
MATTHEW H. BINFORD
ASSISTANT ATTORNEYS GENERAL
CAPITAL LITIGATION SECTION
ATTORNEYS FOR DEFENDANTS

I hereby certify that on October 5, 2013, I electronically transmitted the attached document to the Clerk's Office using the ECF System for filing.  Participants in the case who are registered ECF users will be served by the appellate ECF system.

/s   Barbara Lindsay