# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Edward Harold Schad, Jr., and Robert Glen Jones, Jr.,<br>           Plaintiffs,<br><br>      v.<br><br>Janice K. Brewer, *et al.*,<br>           Defendants. | Case No.2:13-cv-02001-ROS<br><br><br>**Order** |

Plaintiffs have filed a Request for Clarification from Defendants. (ECF No. 25). Upon consideration, this Court GRANTS the request of Plaintiffs.

Accordingly,

IT IS ORDERED Defendants shall publically file with this Court **at or before 11:00 A.M. on October 6, 2013**, photographs of the labels or vials of the drug to be used in Plaintiffs' scheduled executions, which shall include documentation of the manufacturer and the brand name of the drug.


DATED this 5th day of October, 2013.



_____

Roslyn O. Silver

Senior United States District Court Judge