**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Edward Harold Schad, Jr. and Robert Glen Jones, Jr., | No. CV-13-2001-PHX-ROS |
| Plaintiffs, | <u>DEATH PENALTY CASE</u> |
| vs. | |
| | **ORDER** |
| Janice K. Brewer, et al., | |
| Defendants. | |

Plaintiffs have filed a Request for Clarification from Defendants (Doc. 25). Because they "believe" that Defendants Notice of Disclosure (Doc. 24) "may be faulty or inaccurate," Plaintiffs ask the Court to direct Defendants to provide photographs of the drug labels to confirm that Defendants' statements are true. They also request that Defendants be required to specify whether the pentobarbital to be used in Plaintiffs' executions is Nembutal®. The Request is denied.

In compliance with the Court's order, Defendants disclosure provided the specific drug-information Plaintiffs requested. Although it was not supported by an affidavit, any false statement in the disclosure would constitute a Rule 11 violation. Plaintiffs' conjecture and disbelief is therefore an insufficient reason to grant them additional injunctive relief.

- 2 -

**IT IS THEREFORE ORDERED denying** Plaintiffs' Request for Clarification from Defendants (**Doc. 25**).

DATED this 7th day of October, 2013.

Roslyn O. Silver
Senior United States District Judge

- 2 -